## WILSON LINE, INC., *v.* HERBERT C. BROWN.
### [No. 14, April Term, 1933.]

*Decided May 25th, 1933.*

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*Wirt A. Duvall, Jr.,* with whom was *Philip B. Perlman* on the brief, for the appellant.

*Weinberg & Sweeten,* submitting on brief, for the appellee.

BOND, C. J., delivered the opinion of the Court.